THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MURRAY E. BAKER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

SAMUEL T. NIERENBERG et al., Respondents, v. LEOPOLD HEFFNER et al., Appellants.— Order, entered May 14, 1947, so far as appealed from by the individual defendants, and order, entered May 14, 1947, so far as appealed from by the corporate defendant, unanimously affirmed, each with $10 costs and disbursements. No opinion. Settle orders on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

SAMUEL T. NIERENBERG et al., Respondents, v. LEOPOLD HEFFNER et al., Appellants.— Order, entered September 17, 1947, appealed from by the individual defendants, and order, entered September 17, 1947, appealed from by the corporate defendant, unanimously affirmed, each with $10 costs and disbursements. No opinion. Settle orders on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

MINNIE FRANK et al., Appellants, v. H. L. GREEN COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

DORIS S. GASKELL, Respondent, v. EDWARD P. GASKELL, Appellant.— The order appealed from unanimously reversed, without costs, and the motion for temporary alimony and counsel fee denied on the ground that the plaintiff has not set forth sufficient facts in the record before the court on this motion to indicate reasonable probability of success in this action. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

HERMAN GELBER, as President of the Moving Picture Machine Operators' Union of Greater New York, Local No. 306, International Alliance of Theatrical Stage Employes and Moving Picture Machine Operators of the United States and Canada, et al., Respondents, and MARTIN COHEN, Appellant, v. LOEW'S INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MILDRED KOHN, Appellant, v. TRANSOCEAN MERCHANDISE EXCHANGE, INCORPORATED, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Arbitration between DORATHY F. KEMPNER et al., Respondents, and F & G LEATHER GARMENTS CO., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

PIER BUSSETI VIAGGI E CROCIERE S. A., Appellant, v. PIER BUSSETI, NEW YORK, INC., et al., Respondents.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellant, and the motion to strike allegations of the complaint denied. No opinion. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MARION F. DE B. RAFAILOVICH, Respondent, v. MICHAEL A. EMBIRICOS SHIPPING CORPORATION, Appellant.— Order unanimously affirmed, with $20